

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-17-2011

# Landsman Funk PC v. Skinder-Strauss Assoc

Precedential or Non-Precedential: Precedential

Docket No. 09-3105

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Landsman Funk PC v. Skinder-Strauss Assoc" (2011). *2011 Decisions.* Paper 1171.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/1171

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 09-3105
_____

LANDSMAN & FUNK PC, and all
others similarly situated,

Appellant

v.

SKINDER-STRAUSS ASSOCIATES,
a New Jersey Partnership

_____

No. 09-3532
_____

GOODRICH MANAGEMENT CORP,
on behalf of itself and all others similarly situated,

Appellant

v.

AFGO MECHANICAL SERVICES INCGOODRICH MANAGEMENT CORP,
on behalf of itself and all others similarly situated,

Appellant

v.

AFGO MECHANICAL SERVICES INC

_____

No. 09-3793
_____

GOODRICH MANAGEMENT CORP,
On behalf of itself and all others similarly situated

v.

FLIERWIRE INC
doing business as SCHEIN MEDIA

Goodrich Management Corp,

Appellant
GOODRICH MANAGEMENT CORP,
On behalf of itself and all others similarly situated

v.

FLIERWIRE INC
doing business as SCHEIN MEDIA

Goodrich Management Corp,
Appellant

PRESENT: MCKEE, <u>Chief Judge</u>, SLOVITER, SCIRICA, RENDELL, BARRY, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR. VANASKIE and GARTH[*], Circuit Judges
<u>Circuit Judges</u>

O R D E R

A majority of the active judges having voted for rehearing en banc in the above consolidated appeals, it is ordered that the petitions for rehearing are **GRANTED**.

 /s/ Theodore A. McKee
Chief Circuit Judge

Dated: May 17, 2011
PDB/cc: All Counsel of Record

---

[*] Judge Garth's vote is limited to panel rehearing only.